**Graham M. Sweitzer, OSB #025866**
**graham.sweitzer@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
1050 SW Sixth Avenue, Suite 1600
Portland, OR 97204
Telephone:    (503) 242-0000
Facsimile:    (541) 686-6564
Of Attorneys for Defendant CURALEAF, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JASON CRAWFORTH,** | Case No. 3:21-cv-01432-HZ |
| Plaintiffs, | **DEFENDANT CURALEAF, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| vs. | |
| **CURALEAF, INC.,** | |
| Defendant. | |

Defendant CURALEAF, INC. ("Curaleaf"), pursuant to Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement, and states:

Curaleaf is a wholly-owned subsidiary of Curaleaf Holdings, Inc. Curaleaf Holdings, Inc. is publicly-traded on the Canadian Stock Exchange (CSE: CURA).

DATED this 28th day of January, 2022.

                HARRANG LONG GARY RUDNICK P.C.

                By:    s/ Graham M. Sweitzer
                    Graham M. Sweitzer, OSB #025866
                    Of Attorneys for Defendant CURALEAF, INC.

Page 1 – **DEFENDANT CURALEAF, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

## CERTIFICATE OF SERVICE

I certify that on January 28, 2022, I served or caused to be served a true and complete copy of the foregoing **DEFENDANT CURALEAF, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** on the party or parties listed below as follows:

    ☑    Via CM / ECF Filing
    ☐    Via First Class Mail, Postage Prepaid
    ☐    Via Email
    ☐    Via Personal Delivery

Michael Fuller, OSB #093570
OlsenDaines
111 SW Fifth Avenue, Suite 3150
Portland, OR  97204
Phone:  503-222-2000
Email:  michael@underdoglawyer.com

Kelly D. Jones, OSB #074217
Law Offices of Kelly D. Jones
819 SE Morrison Street, Suite 255
Portland, OR  97214
Phone:  503-847-4329
Email:  Kellydonovanjones@gmail.com

Jeffrey A. Bowersox, OSB @#814422
Bowersox Law Firm PC
385 1st Street, Suite 215
Lake Oswego, OR  97034
Phone:  503-452-5858
Email:  jeffrey@bowersoxlaw.com

Attorneys for plaintiffs

                                        HARRANG LONG GARY RUDNICK P.C.

                                        By:   s/ Graham M. Sweitzer
                                              Graham M. Sweitzer, OSB #025866
                                              Of Attorneys for Defendant CURALEAF, INC.